# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 17-17753-MDC

KRISTIN P LANG

238 BLANCHARD ROAD

DREXEL HILL, PA 19026

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KRISTIN P LANG

    238 BLANCHARD ROAD

    DREXEL HILL, PA 19026

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                        /s/ William C. Miller

Date: 2/15/2018

                                                        _____
                                                       William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee