Certificate Number: 05781-PAE-DE-030657841

Bankruptcy Case Number: 17-17753



05781-PAE-DE-030657841

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2018, at 2:03 o'clock PM PST, Kristin Lang completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 3, 2018                   By:   /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title:  President