**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Kristin P. Lang | | |
| | Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK | | |
| | Movant | |
| vs. | | NO. 17-17753 MDC |
| Kristin P. Lang | | |
| | Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | | |
| | Trustee | |

## <u>ORDER</u>

AND NOW, this 20ᵗʰ day of *March* , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 238 Blanchard Road, Drexel Hill, PA 19026 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

*Magdeline D. Co*

United States Bankruptcy Judge.

Kristin P. Lang
238 Blanchard Road
Drexel Hill, PA 19026

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532