IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Kristin P. Lang<br>    Debtor(s) | Chapter 13 Proceeding<br><br>17-17753 MDC |

## ORDER

AND NOW, this 20th day of March, 2018, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, Citizens Bank, N.A. f/k/a RBS Citizens, N.A. and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 238 Blanchard Road, Drexel Hill, PA 19026.

Upon the order being granted and entered, Citizens Bank, N.A. f/k/a RBS Citizens, N.A. shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Magdeline D. Coleman

Interested Parties:

Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A. f/k/a RBS Citizens, N.A.

Joseph L. Quinn, Esquire
Attorneys for Debtor(s)

William C. Miller, Esquire
Trustee