**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Kristin P. Lang,                          :          Chapter 13
           Debtor                   :          Case No.: 17-17753-mdc

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed first Amended Chapter 13 Plan dated and docketed April 5, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on April 5, 2018:*

James D. Smith, Director
Township of Upper Darby
100 Garrett Road
Upper Darby PA 19082

Justin Little, Ass. V.P.
Bank of America, N.A.
P.O. Box 982284
El Paso, TX 79998-2238

*Via Electronic Filing (ECF) on April 5, 2018:*

Denise Elizabeth Carlon, Esquire on behalf of MidFirst Bank
bkgroup@kmllawgroup.com

Kevin G. MacDonald, Esquire on behalf of MidFirst Bank
bkgroup@kmllawgroup.com

Mary F. Kennedy, Esquire on behalf of Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
mary@javardianlaw.com, tami@javardianlaw.com

Matteo Samuel Weiner, Esquire on behalf of MidFirst Bank
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: April 5, 2018         Counsel for Debtor