UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Kristin P. Lang | Chapter 13
Debtor(s) | BK No. 17-17753-mdc

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,000.00.**

3. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$47.00.**

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in ¶2 less $1,250.00 which was paid by the Debtor(s) prepetition.**

BY THE COURT:

June 15, 2018

_____
HON. MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE