United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-17753-mdc

Kristin P. Lang     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Apr 16, 2021     Form ID: 138NEW     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristin P. Lang, 238 Blanchard Road, Drexel Hill, PA 19026-2807 |
| 14014597 | | Atlanticare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 14014600 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14033648 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14083603 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14014598 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14014599 | + | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14031821 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14044387 | + | Citizens Bank, N.A/. f.k.a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14014602 | + | Citizens One, 10561 Telegraph Rd, Glen Allen, VA 23059-4577 |
| 14014605 | | Haverford Dermatology, PO Box 1628, Horsham, PA 19044-6628 |
| 14014606 | + | KML Law Group, Suite 5000 BNY Mellon Ind. Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14014608 | | Lankenau Medical Center, Patient Payments, PO Box 8500-1145, Philadelphia, PA 19178-1145 |
| 14069941 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14029484 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14014609 | + | Midland Mtg/midfirst, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14014610 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14014611 | + | Township of Upper Darby, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 14014612 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14100714 | | US Department of Education, PO Box 16448, St Paul, MN 55116-0448 |
| 14014613 | + | Volunteer Medical Service Corps of LM, DBA Narberth Ambulance, 101 Sibley Avenue, Ardmore, PA 19003-2311 |
| 14014614 | | Womens Health Care Group of PA, PO Box 843292, Boston, MA 02284-3292 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14052837 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:01:39 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box |

Case 17-17753-mdc    Doc 64    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| | | | 41021, Norfolk VA 23541-1021 |
| 14014603 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 17 2021 03:37:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14023521 | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14014604 | + Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14014601 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 04:00:46 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14014607 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2021 03:31:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14059029 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 03:52:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14015870 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:10:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Kristin P. Lang CourtNotices@rqplaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 34

ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Kristin P. Lang

    Debtor(s)                      Bankruptcy No: 17−17753−mdc

                                   Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                         For The Court
                                                                                        Timothy B. McGrath
                                                                                           Clerk of Court

Dated: 4/16/21

                                                                                                                              63 − 62
                                                                                                                  Form 138_new